■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH YOUMANS, Appellant. [644 NYS2d 506]

Defendant's suppression motion was properly denied. The officers' observation of a man pursuing defendant and two other men provided reasonable suspicion for the initial stop and detention (*see, People v Arthur*, 209 AD2d 175, *lv denied* 84 NY2d 1028, 1029, *comparing People v Liner*, 133 AD2d 555, *appeal dismissed* 70 NY2d 945, *and People v Polanco*, 174 AD2d 468, *lv denied* 78 NY2d 972). Thereafter, defendant's struggling with the officers justified their use of handcuffs, and the non-English speaking victim's gestures provided probable cause to arrest (*supra; see, People v DeJesus*, 169 AD2d 521, 522, *lv denied* 77 NY2d 994). We have considered defendant's remaining arguments and find them to be without merit. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.